UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:15-cr-54-CLC-CHS |
| v. | ) |
| | ) |
| JEREMY STOUT | ) |

## MEMORANDUM AND ORDER

The Defendant, Jeremy Stout ("Defendant"), appeared for a hearing before the undersigned on October 13, 2015, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release ("Petition").

After being sworn in due form of law, Defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The Court determined that Defendant had been furnished a copy of the Petition and that he had an opportunity to review it with his attorney. Defendant was advised of his right to a probable cause hearing and a detention hearing. Defendant asked for time to prepare for his probable cause and detention hearing, and the Court set the hearings for Thursday, November 12, 2015.

At the November 12, 2015 hearing, the Assistant United States Attorney called U.S. Probation Officer Candace Lindsey, who testified, among other things, that Defendant had been cutting himself and expressing suicidal ideations. Defendant offered the testimony of a family friend, but that witness did not offer testimony bearing upon Defendant's suicidal gestures or ideations. Based on evidence presented to the Court concerning Defendant's suicidal gestures and ideations, I conclude that Defendant poses a risk of danger to both himself and the community. Therefore, Defendant must be DETAINED without bond.

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE